# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: JENSEN, CARL B  §  Case No. 07-13537
JENSEN, CHRISTINE M.  §
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15AM on 11/06/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/25/2009_____   By:   /s/MICHAEL G. BERLAND_____
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: JENSEN, CARL B | § | Case No. 07-13537 |
| JENSEN, CHRISTINE M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 69,777.90 |
| *and approved disbursements of* | $ | 52,080.60 |
| *leaving a balance on hand of* $^1$ | $ | 17,697.30 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $      6,738.90 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

$^1$ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,965.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2P | Internal Revenue Service | $ 11,765.53 | $ 8,615.22 |
| 4 | Internal Revenue Service | $ 3,200.00 | $ 2,343.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,650.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 10,265.57 | $ 0.00 |
| 2U | Internal Revenue Service | $ 223.44 | $ 0.00 |
| 5 | American Express Centurion Bank | $ 10,618.61 | $ 0.00 |
| 6 | Chase Bank USA,N.A. | $ 417.28 | $ 0.00 |
| 7 | LVNV Funding LLC for Citibank | $ 16,126.05 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 12,775.46 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | AMERICAN INFOSOURCE LP  FOR FIA CARD | $ 6,408.91 | $ 0.00 |
| 9 | AMERICAN INFOSOURCE LP FOR FIA CARD | $ 3,648.38 | $ 0.00 |
| 10 | AMERICAN INFOSOURCE LP  FOR FIA CARD | $ 2,718.17 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/MICHAEL G. BERLAND
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross          Page 1 of 1          Date Rcvd: Sep 28, 2009
Case: 07-13537               Form ID: pdf006       Total Noticed: 31

The following entities were noticed by first class mail on Sep 30, 2009.
db/jdb       +Carl B Jensen,  Christine M. Jensen,   1616 Grand Highlands Dr.,   Plainfield, IL 60586-5714
aty          +John C Renzi,  June Prodehl & Renzi LLC,   1861 Black Road,   Joliet, IL 60435-3591
tr           +Michael G Berland,   1 N LaSalle St,  No.1775,   Chicago, IL 60602-4065
13072803     +AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11511409      American Express,  P.O. Box 360001,   Fort Lauderdale, FL 33336-0001
11712973      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11511410      Andrew Boyer,   Joliet, IL
11511411     +Associated Pathologists,   330 N. Madison St.,   Suite 200,   Joliet, IL 60435-6569
11511412      Bank of America,   P.O. Box 37291,   Baltimore, MD 21297-3291
11511413      Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
11511414     +Bank of America MBNA,   P.O. Box 15137,   Wilmington, DE 19850-5137
11511415      Chase,  c/o Michael Fine,   135 S. Dearborn Street Floor 5,   Chicago, IL 60603
11743190     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
11511416      Chase Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
11511418      Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
11511421      Harris Bank NA,   P.O. 94033,   Palatine, IL 60094-4033
11511422    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
11511423     +JUNE, PRODEHL & RENZI, LLC,   1861 Black Road,   Joliet, IL 60435-3591
11511424      Kathy Maloney,  Plainfield, IL
11511426     +Kuntz Ambulance,   P.O. Box 283,   New Lenox, IL 60451-0283
11511427      MBNA,   P.O. Box 15137,   Wilmington, DE 19886-5137
11511428      People's Bank and Trust,   P.O. Box 350,   Pana, IL 62557-0350
11511429      Peoples Bank & Trust,   P.O. Box 350,   Pana, IL 62557-0350
11511430      Praire Emergency Physicians,   P.O. Box 189016,   Fort Lauderdale, FL 33318-9016
11511431     +St. Joseph Medical Center,   333 N. Madison,   Joliet, IL 60435-8200
11511432      Washington Mutual,   P.O. Box 9001123,   Louisville, KY 40290-1123
11658165     +Will County Treasurer,   302 N Chicago Street,   Joliet, IL 60432-4059

The following entities were noticed by electronic transmission on Sep 28, 2009.
11511420      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 28 2009 23:46:12     Discover Platinum,
              P.O. Box 30395,   Salt Lake City, UT 84130-0395
11666577      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 28 2009 23:46:12
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11511425     +E-mail/PDF: cr-bankruptcy@kohls.com Sep 28 2009 23:49:38     Kohl's,   P.O. Box 2983,
              Milwaukee, WI 53201-2983
11816447      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                    TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11511417      Cingular Wireless
11511419      Direct TV
                                                                            TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2009**          **Signature:**   *Joseph Speetjens*