# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: JENSEN, CARL B | § Case No. 07-13537 |
| JENSEN, CHRISTINE M. | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $59,730.00 |
| Total Distribution to Claimants: $56,362.56 | Claims Discharged Without Payment: $140,759.35 |
| Total Expenses of Administration: $13,416.90 | |

3) Total gross receipts of $ 69,779.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $69,779.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $291,866.00 | $48,308.04 | $45,249.92 | $45,249.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 13,416.90 | 13,416.90 | 13,416.90 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 15,118.21 | 15,118.21 | 11,112.64 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 129,028.15 | 50,426.41 | 50,426.41 | 0.00 |
| **TOTAL DISBURSEMENTS** | $420,894.15 | $127,269.56 | $124,211.44 | $69,779.46 |

4) This case was originally filed under Chapter 7 on July 27, 2007.
. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/20/2010        By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Lot pana, Ilinois-scheduled | 1110-000 | 60,000.00 |
| Harris-checking-scheduled | 1110-000 | 9,735.60 |
| Interest Income | 1270-000 | 43.86 |
| **TOTAL GROSS RECEIPTS** | | **$69,779.46** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Will County Treasurer | 4110-000 | N/A | 3,058.12 | 0.00 | 0.00 |
| People's Bank and Trust | 4110-000 | 43,820.00 | N/A | N/A | 0.00 |
| Harris Bank NA | 4110-000 | 41,900.00 | N/A | N/A | 0.00 |
| Washington Mutual | 4110-000 | 206,146.00 | N/A | N/A | 0.00 |
| People's Bank & Trust | 4110-000 | N/A | 45,249.92 | 45,249.92 | 45,249.92 |
| **TOTAL SECURED CLAIMS** | | **$291,866.00** | **$48,308.04** | **$45,249.92** | **$45,249.92** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 6,738.90 | 6,738.90 | 6,738.90 |
| People's Bank & Trust | 2500-000 | N/A | 120.00 | 120.00 | 120.00 |
| People's Bank & Trust | 3510-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| People's Bank & Trust | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| People's Bank & Trust | 2500-000 | N/A | 35.00 | 35.00 | 35.00 |
| People's Bank & Trust | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| Gloria Longest | 3420-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 13,416.90 | 13,416.90 | 13,416.90 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | unknown | 11,765.53 | 11,765.53 | 8,616.45 |
| Internal Revenue Service | 5800-000 | unknown | 3,200.00 | 3,200.00 | 2,343.51 |
| People's Bank & Trust | 5800-000 | N/A | 60.00 | 60.00 | 60.00 |
| People's Bank & Trust | 5800-000 | N/A | 30.00 | 30.00 | 30.00 |
| People's Bank & Trust | 5800-000 | N/A | 37.68 | 37.68 | 37.68 |
| People's Bank & Trust | 5800-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 15,118.21 | 15,118.21 | 11,112.64 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | 9,996.94 | 10,265.57 | 10,265.57 | 0.00 |
| Internal Revenue Service | 7100-000 | N/A | 223.44 | 223.44 | 0.00 |
| American Express Centurion Bank | 7100-000 | 10,295.27 | 10,618.61 | 10,618.61 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | 7,200.00 | 417.28 | 417.28 | 0.00 |
| LVNV Funding LLC for Citibank | 7100-000 | 15,208.57 | 16,126.05 | 16,126.05 | 0.00 |
| AMERICAN INFOSOURCE LP FOR FIA CARD | 7200-000 | N/A | 6,408.91 | 6,408.91 | 0.00 |
| AMERICAN INFOSOURCE LP FOR FIA CARD | 7200-000 | N/A | 3,648.38 | 3,648.38 | 0.00 |
| AMERICAN INFOSOURCE LP FOR FIA CARD | 7200-000 | N/A | 2,718.17 | 2,718.17 | 0.00 |
| Chase Card Member Services | 7100-000 | 3,981.70 | N/A | N/A | 0.00 |
| Chase Card Member Services | 7100-000 | 4,106.90 | N/A | N/A | 0.00 |
| Chase Card Member Services | 7100-000 | 4,722.92 | N/A | N/A | 0.00 |
| Kohl's | 7100-000 | 430.57 | N/A | N/A | 0.00 |
| Praire Emergency Physicians | 7100-000 | 473.00 | N/A | N/A | 0.00 |
| St. Joseph Medical Center | 7100-000 | 1,629.66 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| MBNA | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- |
| Peoples Bank & Trust | 7100-000 | 43,820.00 | N/A | N/A | 0.00 |
| Chase Card Member Services | 7100-000 | 12,800.69 | N/A | N/A | 0.00 |
| Kuntz Ambulance | 7100-000 | 815.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 2,608.90 | N/A | N/A | 0.00 |
| Bank of America MBNA | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 6,256.04 | N/A | N/A | 0.00 |
| Associated Pathologists | 7100-000 | 181.99 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 129,028.15 | 50,426.41 | 50,426.41 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 07-13537
**Case Name:** JENSEN, CARL B
JENSEN, CHRISTINE M.
**Period Ending:** 09/20/10

**Trustee:** (520196) MICHAEL G. BERLAND
**Filed (f) or Converted (c):** 07/27/07 (f)
**§341(a) Meeting Date:** 08/30/07
**Claims Bar Date:** 01/04/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1616 Grand, Plainfiled-scheduled | 290,000.00 | 0.00 | | 0.00 | FA |
| 2 | Lot pana, Ilinois-scheduled | 64,900.00 | 8,419.40 | | 60,000.00 | FA |
| 3 | Cash $45.00-scheduled | 45.00 | 0.00 | | 0.00 | FA |
| 4 | Harris-checking-scheduled | 10,491.98 | 9,735.60 | | 9,735.60 | FA |
| 5 | Washingtn Mutual checking-scheduled | 70.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of Shorewood checking-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture-scheduled | 875.00 | 0.00 | | 0.00 | FA |
| 8 | Music CC & DVD-scheduled | 45.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel-scheduled | 275.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding rings & jewelry-scheduled | 750.00 | 0.00 | | 0.00 | FA |
| 11 | Fishing equipment-scheduled | 30.00 | 0.00 | | 0.00 | FA |
| 12 | Bowling ball-scheduled- | 15.00 | 0.00 | | 0.00 | FA |
| 13 | Life insurance term-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 14 | IRA-scheduled | 38,000.00 | 0.00 | | 0.00 | FA |
| 15 | Goldman Sachs pension-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 16 | School pension-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 17 | 2002Odyssey-scheduled | 9,800.00 | 0.00 | | 0.00 | FA |
| 18 | 1997 Infiniti-scheduled | 3,500.00 | 0.00 | | 0.00 | FA |
| 19 | Exercise equipment-schedueld | 125.00 | 0.00 | | 0.00 | FA |
| 20 | Lawn furniture-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 43.86 | Unknown |
| 21 | Assets   Totals (Excluding unknown values) | $444,321.98 | $18,155.00 | | $69,779.46 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee had recieved certain monies from a non-exempt bank account. The Trustee sold a vacant lot in Central illinois and then filed tax returns. The Trustee filed his Final Report and made the distribution to creditors. The Trustee filed his Final Account with the US Trustees Office.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-13537 | | Trustee: | (520196) | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JENSEN, CARL B | | Filed (f) or Converted (c): | 07/27/07 (f) | |
| | JENSEN, CHRISTINE M. | | §341(a) Meeting Date: | 08/30/07 | |
| Period Ending: | 09/20/10 | | Claims Bar Date: | 01/04/08 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   October 31, 2011         Current Projected Date Of Final Report (TFR):   October 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-13537 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | JENSEN, CARL B | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JENSEN, CHRISTINE M. | | Account: | ***.*****52-65 - Money Market Account |
| Taxpayer ID #: | **-***8396 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/20/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/02/07 | {4} | June, Prodehl & Renzi | Payment from Harris bank acount | 1110-000 | 9,735.60 | | 9,735.60 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.85 | | 9,740.45 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.06 | | 9,745.51 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.96 | | 9,750.47 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.45 | | 9,754.92 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.00 | | 9,756.92 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.81 | | 9,758.73 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.36 | | 9,760.09 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.22 | | 9,761.31 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 9,762.55 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 9,763.79 |
| 08/25/08 | | People's Bank & Trust | Net proceeds from sale 130 North Shore, Pana, Illinois | | 8,419.40 | | 18,183.19 |
| | {2} | | 60,000.00 | 1110-000 | | | 18,183.19 |
| | | | Payment of county transfer tax -60.00 | 5800-000 | | | 18,183.19 |
| | | | Payment of state transfer tax -30.00 | 5800-000 | | | 18,183.19 |
| | | | Payment for title commitment -120.00 | 2500-000 | | | 18,183.19 |
| | | | Payment for real estate commission -6,000.00 | 3510-000 | | | 18,183.19 |
| | | | Payment of Beyerls Lake lien -45,249.92 | 4110-000 | | | 18,183.19 |
| | | | Payment fo state of illinosi registration fee -3.00 | 2500-000 | | | 18,183.19 |
| | | | Later date search-title comitment -35.00 | 2500-000 | | | 18,183.19 |
| | | | Payment for 2007 taxes -37.68 | 5800-000 | | | 18,183.19 |
| | | | Title examination -20.00 | 2500-000 | | | 18,183.19 |
| | | | Pro rata payment for 2008 taxes -25.00 | 5800-000 | | | 18,183.19 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.26 | | 18,184.45 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.38 | | 18,186.83 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.98 | | 18,188.81 |
| 11/21/08 | 1001 | Gloria Longest | Payment of accountant per court order | 3420-000 | | 500.00 | 17,688.81 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.43 | | 17,690.24 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.25 | | 17,691.49 |

Subtotals: $18,191.49    $500.00

{} Asset reference(s)    Printed: 09/20/2010 02:51 PM    V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-13537 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | JENSEN, CARL B | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JENSEN, CHRISTINE M. | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | **-***8396 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/20/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,692.21 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,692.88 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 17,693.64 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,694.36 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,695.05 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 17,695.82 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,696.56 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,697.30 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,698.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,698.74 |
| 11/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 17,698.86 |
| 11/05/09 | | To Account #*********5266 | Tansfer for purpose of final distribution | 9999-000 | | 17,698.86 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 18,198.86 | 18,198.86 | $0.00 |
| Less: Bank Transfers | | 0.00 | 17,698.86 | |
| Subtotal | | 18,198.86 | 500.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $18,198.86 | $500.00 | |

{} Asset reference(s)

Printed: 09/20/2010 02:51 PM    V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-13537 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | JENSEN, CARL B | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | JENSEN, CHRISTINE M. | | Account: | ***.*****52-66 - Checking Account |
| Taxpayer ID #: | **-***8396 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/20/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/05/09 | | From Account #*********5265 | Tansfer for purpose of final distribution | 9999-000 | 17,698.86 | | 17,698.86 |
| 11/08/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $6,738.90, Trustee Compensation; Reference: | 2100-000 | | 6,738.90 | 10,959.96 |
| 11/08/09 | 102 | Internal Revenue Service | Dividend paid 73.23% on $11,765.53; Claim# 2P; Filed: $11,765.53; Reference: | 5800-000 | | 8,616.45 | 2,343.51 |
| 11/08/09 | 103 | Internal Revenue Service | Dividend paid 73.23% on $3,200.00; Claim# 4; Filed: $3,200.00; Reference: | 5800-000 | | 2,343.51 | 0.00 |
| | | | ACCOUNT TOTALS | | 17,698.86 | 17,698.86 | $0.00 |
| | | | Less: Bank Transfers | | 17,698.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,698.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $17,698.86 | |

{} Asset reference(s)

Printed: 09/20/2010 02:51 PM V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-13537 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: JENSEN, CARL B | Bank Name: The Bank of New York Mellon |
| JENSEN, CHRISTINE M. | Account: 9200-******52-65 - Money Market Account |
| Taxpayer ID #: **-***8396 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/20/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/20/2010 02:51 PM   V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| Case Number: 07-13537 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: JENSEN, CARL B | Bank Name: The Bank of New York Mellon |
| JENSEN, CHRISTINE M. | Account: 9200-******52-66 - Checking Account |
| Taxpayer ID #: **-***8396 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/20/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****52-65 | 18,198.86 | 500.00 | 0.00 |
| Checking # ***-*****52-66 | 0.00 | 17,698.86 | 0.00 |
| MMA # 9200-******52-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******52-66 | 0.00 | 0.00 | 0.00 |
| | $18,198.86 | $18,198.86 | $0.00 |

{} Asset reference(s)

Printed: 09/20/2010 02:51 PM　V.12.52